IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACK KNIGHT                                                                PLAINTIFF

4:20cv01071-BRW-JJV

ANDREW SAUL, Commissioner,
Social Security Administration                                 DEFENDANT

## ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, I approve and adopts he RD in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 21st day of April, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE