# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JACK KNIGHT                                                                                           PLAINTIFF

4:20cv01071-BRW-JJV

ANDREW SAUL, Commissioner,
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 21st day of April, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE